IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY LAMAR VANN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Civil Action No. 3:24-CV-2467-D |
| § | |
| CHRIS CHRISTIAN, et al., § | |
| § | |
| Defendants. § | |

**ORDER**

On November 22, 2025 the United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections on December 8, 2025. The undersigned district judge has reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Although none of plaintiff's objections has merit, the court deems it appropriate to address the following objections explicitly:

First, plaintiff is incorrect in contending that the magistrate judge lacked authority to proceed without plaintiff's consent. The magistrate judge made findings, conclusions, and a recommendation that are subject to *de novo* review by the undersigned district judge. It was not necessary for the magistrate judge to obtain plaintiff's consent where the final decision in this case is made by a district judge.

Second, plaintiff is incorrect in contending that the magistrate judge improperly relied on a screening statute that only applies to prisoners. The general consensus is that 28 U.S.C. § 1915(e)(2)

applies to prisoners and nonprisoners alike. *See Key v. Does*, 217 F.Supp.3d 1006, 1007 (E.D. Ark. 2016) ("[A]ll of the circuit courts to address the issue have held that nonprisoner complaints can be screened and dismissed pursuant to section 1915(e)(2)(B).") (collecting cases). The Fifth Circuit has affirmed the dismissal of a nonprisoner complaint under § 1915(e)(2)(B)(i) and (ii). *See Newsome v. EEOC*, 301 F.3d 227, 231 (5th Cir. 2002).

Third, plaintiff's objection that the magistrate judge used generative artificial intellgence without proper disclosure—even if true as a factual matter—also lacks merit because that local rule applies to briefs filed by parties, not to case documents filed by judges of this court.

**SO ORDERED**.

December 30, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE